RECEIVED
FEB 15 2019
BY MAIL

United States Court of Appeals
for the Eighth Circuit
St. Louis Division

Kyle M. Parks
    Petitioner

Vs                                                    18-CV-1923 JAR

United States of America         Appeal for Clear Error
    Respondent

Come Now the Petitioner Kyle M. Parks, in Pro Se, in the Eastern District of Missouri, in the above style case seek the review by District Judge Honorable John A Ross denial to compel government to produce for inspection and copy submitted Affidavit and Approved search warrant for Petitioner's office under the Fourth Amendment protection against unreasonable searches and seizures by the government/police. United States V. Williams 521 F.3d 902, 905 (8th Cir 2008). The Petitioner brings in question with supporting facts that the rights of the Petitioner to be secure in his office and effects against unreasonable search was violated on December 4th 2015 when

Agents of the Ohio Attorney's Generals office entered without cause or exigent circumstances the office of 4209 4201 Donlyn CT Columbus Ohio 43232. It is well known and established that search and seizure outside the judicial process is unreasonable Adding warrantless constitute suppression. Nothing associated with this search falls under exigency circumstance [676 F.3d 762] Moreover the government still maintain the burden to prove permissable entry. To deny the petitioner's request for copys of affidavit and warrant would prevent the full bite to demonstrate unreasonableness United States V Kuenstler, 325 F.3d 1015, 1021 (8th Cir 2003). For this reason the Petitioner respectfully request this Honorable Court to Grant for inexpection Affidavit and warrant related to search of office.

Submitted
Kyle M Parks
Pro Se
2-10-19

INMATE NAME/NUMBER: Kyle M Parks 44051-044
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD  FCI
P.O. BOX 2000
WHITE DEER, PA 17887

HARRISBURG PA 171
12 FEB 2019 PM 1 L



Legal mail

Federal Clerk of Court
111 S 10TH AVE
St Louis MO. 63102

RECEIVED
FEB 15 2019
BY MAIL

63102-112599