RECEIVED
SEP 30 2019
BY MAIL

Kyle M. Parks 44051-044
P.O. Box 33
Terre Haute In 47808

To: The Honorable
Judge Mr John A. Ross
United States District Court

4:18-CV-1923

Your Honor!
  Greeting

This Letter is not being written as a form of a motion or appeal. Nor to outline any form of misconduct toward anyone. I believe it is permittable to write the court to express feelings concerning the time between your honor's show of cause order and yet to be issued final order.

I have always held a respectful image. I know you may feel I have written far to many times (issues) Especially after telling me no additional papers are needed.

My explanation for repeat filings is simple. All misconduct which there are many must be placed on record. Had the investigative team of St Charles and the Government's Attorney's only committed one or no acts of misconduct. My filings would have been their equal. Also had my Attorney performed with class and protected my rights and liberty's under the veil of the constitution I would not had written any. Please remember Mr. Hogan did not file one single appeal on my behalf.

He repeatedly told me "not to worry, I got this" believing this to be true, I settle into a trusting posture. I was even told by him not to send you any evidence of wrong doing, I would have a opportunity to speak. I will not find myself in the position to where I should've, could've but did not. No stone will be unturned. The court should agree It has been seven (7) months ten (10) days since you ordered the government to show cause as to why I should not be released. Had the jury known all the circumstances and details I would not have been founded guilty. I looked into eight cases in the eighth circuit where evidence was either fabricated or planted and in each and everyone the case was Vacated! I can only expect the same. Justice Delayed is truely Justice Denied!

Respectfully

Kyle M. Parks

Mr. Kyle M. Parks 44051-044
U.S. Penitentiary
P.O. Box 33
Terre Haute IN 47808

INDIANAPOLIS IN 460
26 SEP 2019 PM 1 L

INMATE
IDENTIFICATION
CONFIRMED

Mail

Clerk of Court
111 South 10th St
St Louis Mo
63102

RECEIVED
SEP 30 2019
BY MAIL

63102-112599